UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:   Randy Rivera                                    Case No.: 23-12734-SMG
                                                         Chapter 13

_____Debtor(s)_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Continued 341 Meeting of Creditors and Confirmation Hearing was sent to all parties on the attached service list on June 8, 2023.

Electronically: Robin Weiner, Trustee

First Class Mail:

Debtor(s), Randy Rivera
2955 Tulip Drive
Cooper City, FL 33026

All Creditors on the Matrix

                                          Respectfully Submitted:
                                          **JOSE A. BLANCO, P.A.**
                                          By: */s/ Jose A. Blanco*  | FBN: 062449
                                          Attorney for Debtor(s)
                                          102 E 49th ST
                                          Hialeah, FL 33013
                                          Tel. (305) 349-3463